IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BRYANT, | No. C 02-2942 WHA (PR) |
|         Petitioner, | **ORDER OF DISMISSAL** |
|   vs. | |
| M.C. KRAMER, | |
|         Respondent. | |

      Petitioner, proceeding pro se, filed this petition for a writ of habeas corpus. On September 2, 2009, petitioner was ordered to file a notice of intent to prosecute because he had not communicated with court in over two years. Petitioner was also ordered to file a second amended petition because of the deficiencies in his many prior convoluted pleadings. Petitioner was cautioned that his failure to file a notice of intent to prosecute and a second amended complaint within thirty days would result in the dismissal of this matter.

      Petitioner has not kept the court informed of his address changes, as required by Local Rule 3.11. The September 2, 2009 order was mailed to petitioner at the last address he provided, and it was returned as undeliverable because petitioner is no longer located there. Petitioner has recently written to the court inquiring into the status of the case, and his inquiry bears a return address different than the address he last provided to the court.

Even if petitioner's recent inquiry is construed as evincing an intent to prosecute, petitioner has not filed a second amended petition as he was ordered to do. Consequently, this action is **DISMISSED**.

All pending motions are terminated and the clerk shall close the file.

IT IS SO ORDERED.

Dated: October   20  , 2009.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\PRO-SE\WHA\HC.02\BRYANT942.DSM.wpd

2